Peter Skontos, a/k/a Panagiotis Skoundrianos, Plaintiff-Appellant, v. John C. Gekas, et al., and Nikitas Nomikos, a/k/a Nick Nomikos, and Steven P. Gianakas, a/k/a Stavros Gianakakis, Defendants-Appellees.

Gen. No. 49,383. 

First District, Third Division.

June 16, 1966.

Affirmed. Peter S. Sarelas, of Chicago, for appellant; John C. Gekas, of Chicago, for appellees. Opinion by JUSTICE SCHWARTZ. Not to be published in full.